**ORIGINAL**

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6816
Facsimile:  (415) 436-6748
email:    stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

**FILED**
JUL 0 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**
JUL - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $276,449.90 IN FUNDS SEIZED FROM JOSHUA HEDLUND,<br><br>Defendant. | No.  C 06-7823 DLJ<br><br>STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER |

IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimant Joshua Hedlund, through undersigned counsel, that the case management conference currently scheduled for Friday, July 6, 2007, be continued until October 12, 2007.  Joshua Hedlund, who has filed a claim contesting the forfeiture of the defendant property, has been charged by an indictment with marijuana trafficking in the Northern District of California, *United States v. Joshua Hedlund, CR 06-0346 DLJ.*  The underlying criminal activity alleged in the indictment in large part,  the basis for the forfeiture allegations in the government's complaint for forfeiture.  Consequently, the parties agree that a continuance of the case management conference is appropriate at this time while the criminal matter is still ongoing.  Accordingly, the parties

request that the case management conference currently set for Friday, July 6, 2007, at 11:30 a.m. be vacated and that the matter be set for status in October 12, 2007.

DATED: 7/5/07

_____
STEPHANIE M. HINDS
Assistant United States Attorney

DATED: 7/5/07

_____ (for)
DAVID MICHAEL
Attorney Joshua Hedlund

IT IS HEREBY ORDERED:

Upon the stipulation of counsel, and good cause appearing, the case management conference scheduled for July 6, 2007, at 11:30 am is continued until Oct 12, 2007 for further status.

DATED: 7-6-07

_____
D. LOWELL JENSEN
United States District Judge

STIPULATION RE CONTINUANCE OF CMC
C 06-7823 DLJ

2