MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6816
   Facsimile:  (415) 436-7234
   email:  stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 06-7823 DLJ |
| Plaintiff, | REQUEST FOR DISMISSAL AND [PROPOSED] ORDER |
| v. | |
| APPROXIMATELY $276,449.90 IN FUNDS SEIZED FROM JOSHUA HEDLUND, | |
| Defendants. | |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff hereby requests a dismissal of the instant action. Plaintiff's request is predicated on the resolution of the criminal case (United States v. Joshua L. Hedlund, et al./ CR 06-00346 DLJ) wherein this Court entered a Final Order of Forfeiture against the defendant funds.

Dated: 3/17/11                                  MELINDA HAAG
                                                         United States Attorney

                                                             /S/

                                                   STEPHANIE M. HINDS
                                                   Assistant United States Attorney

///

| | |
|---|---|
| 1 | **[PROPOSED] ORDER RE: DISMISSAL** |
| 2 | Upon plaintiff's request and good cause appearing, the Court hereby dismisses the instant action. |

Dated: March 18, 2011

_____
D. LOWELL JENSEN
United States District Judge